Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Plaintiff Carol Christi Cobb

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carol Christi Cobb,<br><br>           Plaintiff,<br><br>     and<br><br>Aurora Loan Services, LLC and Deutsche Bank Trust Company Americas as Trustee for RALI 2007-QH9,<br><br>           Defendants | Case No.: 2:09-CV-00858-WBS-KLM<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER |

     Plaintiff Carol Christi Cobb and Defendants Aurora Loan Services, LLC and Deutsche Bank Trust Company Americas as Trustee for RALI 2007-QH9 hereby submit this Stipulation to dismiss the case without prejudice.

     WHEREAS, the Honorable William B. Shubb on June 25, 2009 (filed on June 26, 2009) granted the Defendant's Motion to Dismiss and gave Plaintiff 30 days to secure the bankruptcy trustee to join as a party or obtain abandonment by the trustee.

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER - 1

1  The Trustee for the Estate of Cobb, Hank Spacone, he has
2  decided to prosecute the case and has decided to prosecute the case
3  as an adversary proceeding in the Chapter 7 case.  The adversary
4  proceeding in the Chapter 7 case was filed on July 22, 2009.
5  Therefore, this matter is now in the jurisdiction of the
6  Bankruptcy Court in which Plaintiff and Defendants stipulate that
7  the matter before this court should be dismissed without prejudice.
8  IT IS HEREBY STIPULATED by and between the parties hereto that
9  this action shall be dismissed in its entirety, without prejudice.

Dated:  July 26, 2009                   LAW OFFICE OF KIMBERLEE A. RODE

                              By:_/s/ Kimberlee A. Rode_____
                                 Kimberlee A. Rode, Attorney for
Plaintiff Lisa Gates


Dated:  July 26, 2009                   AKERMAN SENTERFITT, LLP

                              By:_/s/ Donald M. Scotten_____
                                 Donald M. Scotten, Attorney for
Defendant
                                 Aurora Loan Service, LLC


Dated:  July 26, 2009                   AKERMAN SENTERFITT, LLP

                              By:_/s/ Donald M. Scotten_____
                                 Donald M. Scotten, Attorney for
Defendant
                                 Deutsche Bank Trust Company Americas
                                 As Trustee for RALI 2007-QH9

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety, without prejudice.

Dated:  July 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE